## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Christy Keeton,

|  |  |
|---|---|
| Plaintiff, | Civil No. 07-1301 (RHK/AJB) |
| vs. | **DISQUALIFICATION AND** |
|  | <u>**ORDER FOR REASSIGNMENT**</u> |

Johnson & Johnson, Johnson & Johnson
Pharmaecutical Research & Development,
L.L.C., f/k/a R.W. Johnson Pharmaceutical
Research Institute, Ortho-McNeil
Pharmaceutical, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 23, 2007

s/Richard H. Kyle_
RICHARD H. KYLE
United States District Judge