UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christy Keeton,

                 Plaintiff,              Civil No. 07-1301 (RHK/AJB)

vs.                               **DISQUALIFICATION AND**
                               <u>**ORDER FOR REASSIGNMENT**</u>

Johnson & Johnson, Johnson & Johnson
Pharmaecutical Research & Development,
L.L.C., f/k/a R.W. Johnson Pharmaceutical
Research Institute, Ortho-McNeil
Pharmaceutical, Inc.,

                 Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 23, 2007


                           <u>s/Richard H. Kyle</u>
                           RICHARD H. KYLE
                           United States District Judge